```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

JOE A. SIMMONS                                                PLAINTIFF

       v.            Civil No. 10-5218

CAPTAIN RANDY OSBURN,
Washington County Detention Center;
DEPUTY BRAD ROBINSON; and
MAJOR RANDALL DENZER                                         DEFENDANTS

### O R D E R

Now on this 25th day of March 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #53), filed on March 1, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #53) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendants' **Motion for Summary Judgment** (document #37) is hereby **granted**, and this case is **dismissed with prejudice.**

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE